# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# Danville Division

LUCINDA SMALL and ANGEL CUNNINGHAM,

    Plaintiffs,

v.

VISTA CLINICAL DIAGNOSTICS, LLC,

    Defendant.

Case No. 4:17-cv-00081

## CONSENT MOTION FOR REFERRAL TO MAGISTRATE JUDGE FOR MEDIATION

Defendant Vista Clinical Diagnostics, LLC ("Vista"), by and through undersigned counsel, respectfully requests that this Court refer this matter to mediation with a U.S. Magistrate Judge. In support of this Motion, Vista states as follows:

1. This case is currently set for trial commencing December 10, 2018.

2. The Parties have engaged in settlement discussions; however, to date the Parties' settlement efforts have been unsuccessful.

3. Vista believes that further settlement discussions mediated by a U.S. Magistrate Judge would be beneficial.

4. Counsel for Plaintiffs have indicated that they consent to this motion.

5. A proposed Order is attached as Exhibit 1.

WHEREFORE Vista Clinical Diagnostics, LLC respectfully moves this Court for entry of an Order referring this matter to a settlement conference with a U.S. Magistrate Judge.

Dated: October 2, 2018    VISTA CLINICAL DIAGNOSTICS, LLC

        By:   /s/
           Crystal L. Tyler (VSB#73273)
           Adam L. Lounsbury (VSB#89847), admitted *pro hac vice*)
           JACKSON LEWIS P.C.
           701 E. Byrd Street, 17th Floor
           Richmond, Virginia 23219
           P.O. Box 85068
           Richmond, VA 23285
           Tel: 804.649.0404
           Fax: 804.649.0403
           crystal.tyler@jacksonlewis.com
           adam.lounsbury@jacksonlewis.com

           *Counsel for Vista Clinical Diagnostics, LLC*

CERTIFICATE OF SERVICE

I certify that on October 2, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Nicholas Raymond Conlon, admitted *pro hac vice*
JTB Law Group, LLC
155 2nd Street, Suite 4
Jersey City, NJ 07302
Tel: 877.561.0000
Fax: 855.582.5297
nicholasconlon@jtblawgroup.com

Curtis Daniel Cannon
Goldberg & Finnegan, LLC
8401 Colesville Road, Suite 630
Silver Spring, MD 20910
Tel: 301.589.2999
Fax: 301.589.2644
ccannon@goldbergfinnegan.com

*Counsel for Lucinda Small and Angel Cunningham*

/s/
Crystal L. Tyler (VSB#73273)
JACKSON LEWIS P.C.
701 E. Byrd Street, 17th Floor
Richmond, Virginia 23219
P.O. Box 85068
Richmond, VA 23285
Tel: 804.649.0404
Fax: 804.649.0403
crystal.tyler@jacksonlewis.com

*Counsel for Vista Clinical Diagnostics, LLC*