**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Danville Division**

| | |
|---|---|
| LUCINDA SMALL and ANGEL CUNNINGHAM, <br><br> Plaintiffs, <br><br> v. <br><br> VISTA CLINICAL DIAGNOSTICS, LLC, <br><br> Defendant. | Case No. 4:17-cv-00081 |

## **ORDER**

Upon the request of Defendant Vista Clinical Diagnostics, LLC and with the consent of Plaintiffs Lucinda Small and Angel Cunningham, it is hereby ORDERED that this case be referred to U.S. Magistrate Judge Robert S. Ballou for mediation.

SO ORDERED this \_\_\_\_ day of _____, 2018.

_____
Honorable Jackson L. Kiser
Senior U.S. District Judge