

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN 03 2019

JULIA C. DUDLEY, CLERK
BY: /s/ H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Danville Division

| | |
|---|---|
| LUCINDA SMALL AND ANGEL CUNNINGHAM,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>VISTA CLINICAL DIAGNOSTICS, LLC,<br><br>　　　　　Defendant | Case No. 4:17-cv-00081 |

### ORDER

This matter is before the Court on the *Joint Motion to Approve Settlement Agreement and Stipulation for Dismissal with Prejudice.*

The Court reviewed the Settlement Agreement entered into by the parties and finds the Settlement Agreement reasonable, adequate, and fair as to all parties. Thus, the Court GRANTS the parties' joint motion to approve the settlement agreement and dismiss the action. The Court hereby DISMISSES the case WITH PREJUDICE. The Court DIRECTS the clerk to close the case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

SO ORDERED this 3rd day of Jan, 2019.

/s/ Jackson L. Kiser
Honorable Jackson L. Kiser
Senior U.S. District Judge